3:25-mj-334

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT
# UNDER SEAL

I, Joshua Grout, being duly sworn on oath, depose and state as follows:

## INTRODUCTION

1. I am presently a Special Agent of the Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) and serve as a sworn law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code. In that capacity, I am empowered to conduct investigations into violation of Federal statutes, specifically Title 18 United States Code and to make arrests for offenses enumerated in Titles 8, 18, 19, 21, 31 United States Code and other related offenses. During my tenure as a Special Agent, I have completed approximately 1080 hours of instruction at the Federal Law Enforcement Training Center in Glynco, Georgia (FLETC). Prior to my tenure as a Special Agent, I was a Police Officer with the Charlotte Mecklenburg Police Department (CMPD). During my time at CMPD I worked as a patrol officer and member of the Gang Unit investigating North Carolina state and federal violations of the law. I completed approximately 1220 hours of basic and advanced law enforcement training covering various topics. I have drafted and or executed over 50 state and federal search warrants to include numerous warrants for residences, cellular phones, and social media accounts. I have been the affiant on three title III affidavits and the case agent of a racketeering influencing corrupt organizations (RICO) and violent crime in aid of racketeering (VICAR) case. I have made over 500 arrests for various violations of state and federal crimes. I am a certified digital forensics examiner for cell phones and windows computers through the Defense Cyber Investigative Training Academy. Prior to my time as a Police Officer, I was a Counterintelligence Special Agent in the United States Army. During my time as a Counterintelligence Agent, I was tasked with investigating violations of the Uniform Code of

Military Justice and Title 18 United States Code involving national security crimes. I attended over 1200 hours of basic and advanced training covering various topics related to conducting national security/ terrorism and cyber investigations. I am currently assigned to the HSI Violent Gang Task Force, with primary investigative responsibilities to investigate, disrupt, and dismantle transnational gangs, transnational criminal organizations, and violent crime within and throughout the Western District of North Carolina. I have participated in investigations which identified subjects and co-conspirators through telephone records, police reporting, financial documents, drug ledgers, photographs, and other documents. Furthermore, I have led and participated in investigations concerning the identification of co-conspirators through electronic devices and services: such as, social media platforms, cellphones, and computers. I have also participated in and conducted debriefs of individuals who were arrested and later cooperated with law enforcement. I have participated in investigations in which the court-authorized interception of communications or other electronic surveillance tools were utilized to further the investigation.

2. This Affidavit is presented in support of a Criminal Complaint charging **Justin JOHNSON** with violations of Title 18, United States Code, § 922(g)(1).

3. This Affidavit contains information necessary to support probable cause for the Criminal Complaint. The information contained in this Affidavit is based on my personal participation in the investigation of the case and from information provided to me by other Special Agents and Task Force Officers, as well as other federal, state, and local law enforcement officers. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a Criminal Complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts which I believe are necessary to establish the requisite foundation for probable cause.

## FACTS IN SUPPORT OF PROBABLE CAUSE

4. On the morning of December 9, 2025, at approximately 10:45 AM, **Justin JOHNSON** was arrested for multiple outstanding North Carolina state warrants, and law enforcement located two firearms in his possession inside of a stolen black Dodge Challenger. **JOHNSON** is a convicted felon who is prohibited from possessing a firearm and possessed these firearms in violation of Title 18, U.S.C. § 922(g)(1). This occurred in Charlotte, North Carolina, within the Western District of North Carolina.

5. On December 9, 2025, the Charlotte Mecklenburg Police Department's ("CMPD") Crime Gun Suppression Team was attempting to serve outstanding warrants on **JOHNSON** who was wanted for violations of his pre-trial release. At some point, **JOHNSON** cut off his court ordered ankle monitor. **JOHNSON's** orders for arrest included for charges of assault with a deadly weapon with intent to kill and discharge a weapon into occupied property. as well as other pending orders for arrest and outstanding warrants.

6. CMPD utilized GPS phone location data as provided by the cellular provider through a North Carolina Court Order signed by a North Carolina Superior Court Judge. The location data indicated that **JOHNSON's** phone was in the area of 505 White Water Falls Drive, Charlotte, North Carolina. CMPD conducted surveillance at 505 White Water Falls Drive. While conducting surveillance at this location, Officers observed a black Dodge Challenger backed into a parking spot in front of the apartment building at 505 White Falls Drive. The Dodge Challenger matched the description of a vehicle which was reported stolen on December 6, 2025, with a temporary tag, gold wheels, and white writing on the windshield.

7. At approximately 1030 hours, CMPD Officers observed **JOHNSON** walking from the side of the apartment building wearing a multicolored bookbag. **JOHNSON** entered the

driver's seat of the Dodge Challenger and started the vehicle. JOHNSON was the sole occupant of the vehicle. CMPD officers in an unmarked Ford Explorer's activated police lights and made contact with **JOHNSON** in the parking lot. **JOHNSON** attempted to flee law enforcement and began ramming law enforcement vehicles in an attempt to get away. **JOHNSON** was unable to flee in the vehicle and crawled from the driver's seat into the passenger's seat, exited the vehicle, and fled on foot. Police arrested **JOHNSON** after a short foot pursuit by CMPD.

8. Officers conducted a probable cause search of the vehicle due to the vehicle being reported stolen. Officers located a handgun, SN: 386112438, with a twenty round magazine—with approximately 15 rounds of ammunition in the magazine and one round in the chamber of the firearm—on the driver's seat of the Dodge Challenger. Officers also located in a multicolored bookbag in the vehicle that officer saw **JOHNSON** wearing earlier. Inside of the bookbag, officers located a Century Arms Micro Draco 7.62x39mm pistol, SN: ROA24PMD-68541. The Micro Draco was loaded with approximately thirty rounds of ammunition, and one round in the chamber.

9. HSI Special Agent Joshua Grout contacted ATF Special Agent Eric Gavin and received a verbal confirmation that neither firearm was manufactured in the state of North Carolina, thereby affecting interstate commerce. Justin **JOHNSON** is a convicted felon in the state of North Carolina. **JOHNSON** was charged with possession of a weapon of mass destruction on September 16, 2022, and was convicted on July 15, 2024. **JOHNSON** received 31-50 months in prison, with the sentence probated for 36 months. On April 13, 2023, **JOHNSON** was charged with discharging a weapon into occupied property and convicted on July 15, 2024. **JOHNSON** received 31-50 months in prison, with the sentence probated for 36 months. CMPD conducted an interview of **JOHNSON** at the CMPD Law Enforcement Center. Officers advised **JOHNSON** of his *Miranda* rights and he agreed to speak with Officers. **JOHNSON** admitted that his girlfriend

purchased the Micro Draco that Officers located in the backpack inside of the Dodge Challenger. **JOHNSON** further advised that his girlfriend gifted him (**JOHNSON**) the Micro Draco firearm. JOHNSON stated he walked out of the apartment with the Pistol under his arm and believed that he dropped the firearm when running from the police. **JOHNSON** was aware that as a felon he could not possess a firearm and confirmed this during the interview.

## CONCLUSION

10. Based upon training, experience, and the facts of this investigation, I submit that there is probable cause for a criminal complaint against, and arrest warrant for, **Justin JOHNSON** for possession of a firearm by a convicted felon, in violation of Title 18, United States Code, § 922(g)(1); therefore, I request that the Court issue a criminal complaint and arrest warrant for the same.

Respectfully submitted,

Joshua Grout
Special Agent
Homeland Security Investigations

*Affidavit Reviewed by Assistant United States Attorney Alfredo De La Rosa*

Subscribed and sworn to before me on this 9th day of December 2025.

THE HONORABLE SUSAN C. RODRIGUEZ
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF NORTH CAROLINA